August 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JUSTIN RENE MAES, Appellant

NO. 14-15-00165-CR

NO. 14-15-00166-CR                        V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.